## Commonwealth *v.* Nedel, Appellant.

Argued November 18, 1975. *Richard S. Ombres*, with him *Perr, Ziegler & Ombres*, for appellant; *Robert L. Campbell*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.